UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
November 21, 2013
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ROBERT WILLIAMS,

Defendant.

Case No. 2:13-mj-00344-EFB

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release ROBERT WILLIAMS

Case No. 2:13-mj-00344-EFB Charge, from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

_____ Unsecured Appearance Bond $ _____

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

__X__ (Other): Complaint dismissed on motion of the Government.

Issued at Sacramento, California on November 21, 2013 at 2:00 PM

By: _____

Magistrate Judge Kendall J. Newman